BALLARD SPAHR ANDREWS & INGERSOLL, LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106-4617
(702) 471-7000 FAX (702) 471-7070

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSE A. MURRAY,<br><br>                Plaintiff,<br><br>vs.<br><br>SMITHKLINEBEECHAM CORPORATION, d/b/a GLAXOSMITHKLINE; GLAXOSMITHKLINE CONSUMER HEALTHCARE, LLC; GLAXOSMITHKLINE CONSUMER HEALTHCARE, LP; BLOCK DRUG COMPANY, INC.; PROCTER & GAMBLE DISTRIBUTING, LLC; and THE PROCTER & GAMBLE MANUFACTURING COMPANY,<br><br>                Defendants. | CASE NO.     3:09-cv-457-LRH-RAM<br><br>**ORDER GRANTING MOTION TO STAY PROCEEDINGS AND ADJOURN DEFENDANTS' TIME TO ANSWER, MOVE OR OTHERWISE RESPOND** |

Upon the Motion of Defendants SmithKline Beecham Corporation, d/b/a GlaxoSmithKline, GlaxoSmithKline Consumer Healthcare L.L.C., GlaxoSmithKline Consumer Healthcare, L.P., and Block Drug Company, Inc., to stay these proceedings and to adjourn Defendants' time to answer, move or otherwise respond,

IT IS ORDERED that the Motion is GRANTED. The above-captioned matter is STAYED pending transfer of the above-captioned action to the MDL court in the

DMWEST #7290812 v1

1  Southern District of Florida, and Defendants' deadline to answer, move or otherwise
2  respond to the Complaint is adjourned until such time as is ordered by the MDL court or,
3  alternatively, should the transfer be denied for any reason, 20 days from the date an
4  order is entered denying such transfer.

IT IS SO ORDERED.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: September 9, 2009

DMWEST #7290812 v1                              2